**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RUIBO ZHANG,<br>Plaintiff,<br>v.<br>MARCO RUBIO, *et al.*,<br>Defendants. | Hon. Katharine S. Hayden, U.S.D.J.<br><br>Civil Action No. 2:26-cv-05169-KSH |

# ORDER

THIS MATTER having come before the Court on Plaintiff Ruibo Zhang's letter-motion for leave to file his opposition to the Federal Defendants' Motion to Dismiss (ECF No. 9) out of time, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B); and the Court having considered the submission, and the Federal Defendants having consented; and for good cause shown;

IT IS on this 2nd *day of* November, 2026,

**ORDERED** that Plaintiff's letter-motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's opposition to the Federal Defendants' Motion to Dismiss, ECF No. 11, is accepted as filed; and it is further

**ORDERED** that the motion day for the Federal Defendants' Motion to Dismiss (ECF No. 9) is adjourned to November 16, 2026, and the Federal Defendants' reply, if any, shall be filed no later than November 9, 2026.

s/Katharine S. Hayden

HON. KATHARINE S. HAYDEN
United States District Judge